**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

VAZ
F. #2026R00581

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 25, 2026

By ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Hugo Jinkis & Mariano Jinkis
Criminal Docket No. 15-252 (S-3) (PKC)

Dear Judge Chen:

As directed by the Court, the government respectfully submits this letter on the public docket enclosing certain materials in connection with an upcoming initial appearance for defendants Hugo Jinkis and Mariano Jinkis in the above-referenced matter. The materials were previously filed with the Court under seal.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Kaitlin T. Farrell
Victor Zapana
Eric Silverberg
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of Court (PKC) (by E-mail)
Counsel of Record (by E-mail)